IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GERARD J. KEATING, JANET A. KEATING, FRANK R. KREJCI, JANE KREJCI, TIMOTHY PETERSON, LINDA PETERSON, DARYL BUTTERFIELD and MAKALA BUTTERFIELD, individually and on behalf of all persons similarly situated, | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 7:07CV5011 |
| v. | ) ) | |
| NEBRASKA PUBLIC POWER DISTRICT, NEBRASKA DEPARTMENT OF NATURAL RESOURCES, DENNIS L. RASMUSSEN, MARY A. HARDING, RONALD W. LARSEN, LARRY A. LINSTROM, DARRELL J. NELSON, EDWARD J. SCHROCK, KEN L. SCHMIEDING, GARY G. THOMPSON, LARRY G. KUNCL, VIRGIL L. FROEHLICH, WAYNE E. BOYD and ANN SALOMAN BLEED, in their official capacities, and DOES 1-100, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court after mandate of the United States Court of Appeals for the Eighth Circuit (Filing No. 126) remanding this matter for further proceedings. Accordingly,

IT IS ORDERED that a scheduling conference with the parties is set for:

**Friday, June 5, 2009, at 1:30 p.m.**

in the chambers of the undersigned, Suite 3190, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

The parties shall be prepared to discuss the procedures to be followed in complying with the directives of the United States Court of Appeals, what motions should be filed, and the briefing schedule that should be implemented.  The parties may participate by telephone by contacting Judge Strom's office prior to the conference: (402) 661-7320.

DATED this 18th day of May, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court