IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GERARD J. KEATING, JANET A. KEATING, FRANK R. KREJCI, JANE KREJCI, TIMOTHY PETERSON, LINDA PETERSON, DARYL BUTTERFIELD and MAKALA BUTTERFIELD, individually and on behalf of all persons similarly situated, | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 7:07CV5011 |
| v. | ) ) | |
| NEBRASKA PUBLIC POWER DISTRICT, NEBRASKA DEPARTMENT OF NATURAL RESOURCES, DENNIS L. RASMUSSEN, MARY A. HARDING, RONALD W. LARSEN, LARRY A. LINSTROM, DARRELL J. NELSON, EDWARD J. SCHROCK, KEN L. SCHMIEDING, GARY G. THOMPSON, LARRY G. KUNCL, VIRGIL L. FROEHLICH, WAYNE E. BOYD and ANN SALOMAN BLEED, in their official capacities, and DOES 1-100, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

      This matter is before the Court upon conclusion of a June 5, 2009 scheduling conference. During the conference, counsel represented to the Court that the outcome of a pending case in the Nebraska Supreme Court may inform the Court's judgment on the legal issues in this case. Counsel further represented that it is likely that the state court will issue an opinion in the near future. Progression of this case should

therefore be stayed pending the Nebraska court's decision. Accordingly,

IT IS ORDERED that:

(1) This action is stayed pending a ruling by the Nebraska Supreme Court in the case of *In re 2007 Appropriation of Niobrara River Waters*;

(2) The parties shall schedule a new scheduling conference with the Court within ten (10) days of the issuance of the aforementioned opinion.

DATED this 8th day of June, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court