IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
GERARD J. KEATING, JANET A.      )
KEATING, FRANK R. KREJCI,        )
JANE KREJCI, TIMOTHY PETERSON,   )
LINDA PETERSON, DARYL            )
BUTTERFIELD and MAKALA           )
BUTTERFIELD, individually and    )
on behalf of all persons         )
similarly situated,              )
                                 )
              Plaintiffs,        )        7:07CV5011
                                 )
         v.                      )
                                 )
NEBRASKA PUBLIC POWER            )        ORDER
DISTRICT, NEBRASKA DEPARTMENT    )
OF NATURAL RESOURCES, DENNIS     )
L. RASMUSSEN, MARY A. HARDING,   )
RONALD W. LARSEN, LARRY A.       )
LINSTROM, DARRELL J. NELSON,     )
EDWARD J. SCHROCK, KEN L.        )
SCHMIEDING, GARY G. THOMPSON,    )
LARRY G. KUNCL, VIRGIL L.        )
FROEHLICH, WAYNE E. BOYD and     )
BRIAN DUNNIGAN, in their         )
official capacities, and DOES    )
1-100,                           )
                                 )
              Defendants.        )
_____)
```

This matter is before the Court on the motion to request withdrawal and removal from certificate of service and entry of appearance (Filing No. 131). Accordingly,

IT IS ORDERED:

1) David D. Cookson is deemed withdrawn as counsel of record for Nebraska Department of Natural Resources and Brian Dunnigan and his name shall be removed from the certificate of service.

      2) Marcus A. Powers, Assistant Attorney General, shall be entered as attorney for said defendants.

      DATED this 2nd day of November, 2009.

                      BY THE COURT:

                      /s/ Lyle E. Strom
                      _____
                      LYLE E. STROM, Senior Judge
                      United States District Court