IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GERARD J. KEATING, JANET A. KEATING, FRANK R. KREJCI, JANE KREJCI, TIMOTHY PETERSON, LINDA PETERSON, DARYL BUTTERFIELD and MAKALA BUTTERFIELD, individually and on behalf of all persons similarly situated, | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 7:07CV5011 |
| v. | ) ) | |
| NEBRASKA PUBLIC POWER DISTRICT, NEBRASKA DEPARTMENT OF NATURAL RESOURCES, DENNIS L. RASMUSSEN, MARY A. HARDING, RONALD W. LARSEN, LARRY A. LINSTROM, DARRELL J. NELSON, EDWARD J. SCHROCK, KEN L. SCHMIEDING, GARY G. THOMPSON, LARRY G. KUNCL, VIRGIL L. FROEHLICH, WAYNE E. BOYD and ANN SALOMAN BLEED, in their official capacities, and DOES 1-100, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

At the request of plaintiffs' counsel,

IT IS ORDERED that the scheduling conference with the parties is rescheduled for:

**Monday, November 9, 2009, at 8:30 am.**

in the chambers of the undersigned, Suite 3190, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The parties shall be prepared to discuss the procedures to be followed in complying with the directives of the United States

Court of Appeals, what motions should be filed, and the briefing schedule that should be implemented.  The Court understands the parties intend to participate by telephone.

DATED this 3rd day of November, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court