IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
GERARD J. KEATING, JANET A.    )
KEATING, FRANK R. KREJCI,      )
JANE KREJCI, TIMOTHY PETERSON, )
LINDA PETERSON, DARYL          )
BUTTERFIELD and MAKALA         )
BUTTERFIELD, individually and  )
on behalf of all persons       )
similarly situated,            )
                               )
               Plaintiffs,     )          7:07CV5011
                               )
          v.                   )
                               )
NEBRASKA PUBLIC POWER          )          ORDER
DISTRICT, NEBRASKA DEPARTMENT  )
OF NATURAL RESOURCES, DENNIS   )
L. RASMUSSEN, MARY A. HARDING, )
RONALD W. LARSEN, LARRY A.     )
LINSTROM, DARRELL J. NELSON,   )
EDWARD J. SCHROCK, KEN L.      )
SCHMIEDING, GARY G. THOMPSON,  )
LARRY G. KUNCL, VIRGIL L.      )
FROEHLICH, WAYNE E. BOYD and   )
ANN SALOMAN BLEED, in their    )
official capacities, and DOES  )
1-100,                         )
                               )
               Defendants.     )
_____)
```

After a scheduling conference with counsel,

IT IS ORDERED:

1) Defendants shall file an answer on or before November 23, 2009.

2) Plaintiffs shall file a response on or before November 30, 2009.

3) Another scheduling conference with the parties is set for:

**Thursday, December 10, 2009, at 1:30 p.m.**

in the chambers of the undersigned, Suite 3190, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The parties may participate by telephone.

DATED this 9th day of November, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

-2-