IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| GERARD J. KEATING, JANET A. KEATING, FRANK R. KREJCI, JANE KREJCI, TIMOTHY PETERSON, LINDA PETERSON, DARYL BUTTERFIELD and MAKALA BUTTERFIELD, individually and on behalf of all persons similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>NEBRASKA PUBLIC POWER DISTRICT, NEBRASKA DEPARTMENT OF NATURAL RESOURCES, DENNIS L. RASMUSSEN, MARY A. HARDING, RONALD W. LARSEN, LARRY A. LINSTROM, DARRELL J. NELSON, EDWARD J. SCHROCK, KEN L. SCHMIEDING, GARY G. THOMPSON, LARRY G. KUNCL, VIRGIL L. FROEHLICH, WAYNE E. BOYD and ANN SALOMAN BLEED, in their official capacities, and DOES 1-100,<br><br>        Defendants. | 7:07CV5011<br><br><br>ORDER |

      IT IS ORDERED that a scheduling conference with the parties is set for:

      **Wednesday, December 16, 2009, at 8:30 a.m.**

in the chambers of the undersigned, Suite 3190, Roman L. Hruska

United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

The parties may participate by telephone.

DATED this 1st day of December, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court