IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GERARD J. KEATING, FRANK R. KREJCI, JANE KREJCI, TIMOTHY PETERSON, LINDA PETERSON, DARYL BUTTERFIELD, MAKALA BUTTERFIELD, and JANET A. KEATING, each individually and on behalf of all persons similarly situated, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 7:07CV5011 |
| v. | ) ) | |
| NEBRASKA PUBLIC POWER DISTRICT, NEBRASKA DEPARTMENT OF NATURAL RESOURCES, DENNIS L. RASMUSSEN, MARY A. HARDING, LARRY A. LINSTROM, DARRELL J. NELSON, EDWARD J. SCHROCK, KEN L. SCHMIEDING, GARY G. THOMPSON, LARRY G. KUNCL, WAYNE E. BOYD, VIRGIL L. FROEHLICH, RONALD W. LARSEN, BRIAN DUNNIGAN, and DOES 1-100, each in their official capacities, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER AND JUDGMENT |
| Defendants. | ) ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) NPPD's motion for summary judgment (Filing No. 147) is granted;

2) DNR's motion for summary judgment (Filing No. 150) is granted;

3) The plaintiffs' motion for summary judgment (Filing No. 153) is denied;

4) The plaintiffs' state law ultra vires claim is dismissed without prejudice; and

5) All other pending motions are moot and are denied without prejudice.

DATED this 12th day of May, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court